FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 16, 2024

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MILTON SCOTT,<br><br>    Plaintiff,<br><br>    v.<br><br>STATE OF WASHINGTON DEPARTMENT OF CORRECTIONS and COYOTE RIDGE CORRECTIONS CENTER,<br><br>    Defendants. | No. 4:23-CV-05088-SAB<br><br>**ORDER GRANTING DISMISSAL AND CLOSING FILE** |

Before the Court is the Parties' Stipulated Motion to Dismiss with Prejudice, ECF No. 11. Plaintiff is represented by Harold H. Franklin, Jr. Defendant is represented by Richard R. Sterett. The motion was considered without oral argument.

The Parties inform the Court that the above-mentioned matter may be dismissed with prejudice and without costs. The motion states that Plaintiff has abandoned litigating this matter by failing to maintain contact and assist counsel. Being fully informed, the Court finds good cause to grant the motion and grant the dismissal.

//

//

**ORDER GRANTING DISMISSAL AND CLOSING FILE # 1**

Accordingly, **IT IS HEREBY ORDERED**:

1. The Parties' Stipulated Motion to Dismiss with Prejudice, ECF No. 11, is **GRANTED**.

2. Pursuant to Fed. R. Civ. P. 41(b), the above-captioned action is **DISMISSED with prejudice** without costs or attorneys' fees to any party.

3. All claims against Defendant are **DISMISSED with prejudice**.

4. All pending motions are **DISMISSED as moot**.

**IT IS SO ORDERED**. The Clerk of Court is directed to enter this Order, forward copies to counsel, and **close** the file.

**DATED** this 16th day of August 2024.



Stanley A. Bastian
Chief United States District Judge

**ORDER GRANTING DISMISSAL AND CLOSING FILE # 2**